UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anthony C. Menkello,

    Plaintiff,

v.

United States of America,

    Defendant.

Case No. 2:16–cv–574

Judge Michael H. Watson
Magistrate Judge Jolson

### ORDER

On August 18, 2016, United States Magistrate Judge Jolson filed a Report and Recommendation ("R&R), ECF No. 52, recommending that the Court deny Plaintiff's motion to vacate his sentence under 28 U.S.C. § 2255, ECF No. 51.[1] The deadline for filing objections to the R&R was September 6, 2016 and no objections were filed.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 7–8, ECF No. 52. The R&R further advised the parties that the failure to object within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and the right to appeal the decision of the District Judge adopting the R&R. *Id.* at 8.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion, ECF No. 51, is **DENIED**. The Clerk shall terminate this case.

---

[1] All filings in this matter are found on the docket in the related criminal matter, 2:06–cr–211.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**